IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONEY PEREZ PALMER, #204800, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:03cv1132-MEF |
| ) | (WO) |
| CHERYL PRICE, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 29, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Petitioner Toney Palmer is DENIED and DISMISSED with prejudice.

Done this the 17th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE