IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONEY PEREZ PALMER, #204800, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:03cv1132-MEF |
| ) | (WO) |
| CHERYL PRICE, et al., ) | |
| ) | |
| Respondents. ) | |

# FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is DENIED, and that this action is DISMISSED with prejudice.

Done this the 17th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE